**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Aaron SMITH, Petitioner**

No. 413 EAL 2016

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.